IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL E. FEAGIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv252-MHT |
| | ) | (WO) |
| SOUTHERN HEALTH PARTNERS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion for temporary restraining order (doc. no. 3) is treated as both a motion for a temporary restraining order and a motion for preliminary injunction.

(2) The motion for temporary restraining order (doc. no. 3) is denied.

(3) The motion for preliminary injunction (doc. no. 3) is referred to the magistrate judge for consideration.

DONE, this the 25th day of March, 2010.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**