IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL E. FEAGIN,    ) | |
|   ) | |
|     Plaintiff,    ) | |
|   ) | |
| v.    ) | CIVIL ACTION NO.  2:10cv252-MHT |
|   ) | (WO) |
| SOUTHERN HEALTH PARTNERS, *et al.,* ) | |
|   ) | |
|     Defendants.    ) | |

## ORDER

On April 19, 2010, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that (1) the recommendation (doc. # 18) is adopted and (2) the plaintiff's motion for preliminary injunction (doc. # 3) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 11th day of May, 2010.

          /s/  MYRON H. THOMPSON       
    UNITED STATES DISTRICT JUDGE